reheard by the en banc court pursuant to Circuit Rule 35–3.

UNITED STATES of America, Plaintiff–Appellee,

v.

Jude Somerset HARDESTY, Defendant–Appellant.

No. 90–30260.

United States Court of Appeals, Ninth Circuit.

July 7, 1992.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.